[No. 49266-7-I.   Division One.   March 31, 2003.]

*In the Matter of the Estates of* ELSE SULLIVAN, ET AL.
LINDA HAYS, *as Personal Representative*, ET AL.,
*Appellants*, v. SHEILA BRASHEAR, *as Guardian*,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-4-00695-6, Gerald L. Knight, J., entered September 11, 2001. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 49366-3-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMER KARAWI,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09379-5, LeRoy McCullough, J., entered October 15, 2001. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 49579-8-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC WADE
TORGERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01947-9, Anita L. Farris, J., entered November 8, 2003. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 49680-8-I.   Division One.   March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY THOMAS
BUCKNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04859-5, Donald D. Haley, J., entered December 17, 2001. *Affirmed* by unpublished per curiam opinion.